**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00097-CV

**TWO THOUSAND FORTY DOLLARS AND 00/100 ($2040.00) IN UNITED STATES OF AMERICA CURRENCY AND BRIDGET MORGAN, Appellants**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 89707-86**

## ORDER

By letter filed February 4, 2014, appellant, who is appearing pro se, states that she is indigent and unable to pay the appellate filing fee. Based on the invoice for the clerk's record, it appears appellant is also unable to pay the clerk's fee. To the extent appellant's letter can be construed as a request to proceed without payment of costs, we **DENY** the request without prejudice to appellant's right to file an affidavit of indigence in compliance with Texas Rule of Appellate Procedure 20.1. *See* TEX. R. APP. P. 20.1. Any affidavit will be referred to the trial court for a determination as to the appropriate relief. *See* TEX. R. APP. P. 20.1(h)(4). Appellant is cautioned that failure to either file an affidavit or pay the appellate filing fee within thirty days

from the date of this order may result in dismissal of the appeal without further notice.  *See* Tᴇx.

R. Aᴘᴘ. P. 42.3(b),(c).

/s/      ELIZABETH LANG-MIERS
                JUSTICE